UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

K.P.,

    Plaintiff,

v.                                              Case No.:  2:24-cv-272-SPC-KCD

THE INDIVIDUALS,
PARTNERSHIPS, AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Motion to Unseal and Proceed Under Correct Party Name. (Doc. 37.) Plaintiff requests that the Court unseal the case, including all pleadings and orders filed under seal, and direct the Clerk to update Plaintiff's name to Kristin Phildius. Plaintiff says a seal is no longer necessary because she has served all Defendants. Because the need to seal the documents is no longer present and has otherwise been abandoned by Plaintiff, the Court will grant the request.

Accordingly, it is **ORDERED:**

1. Plaintiff's Motion to Unseal and Proceed Under Correct Party Name. (Doc. 37) is **GRANTED.**

2. The Clerk is directed to **UNSEAL** Docs. 10, 11, 14, 15, 16, 20, 21.

3. The Clerk is directed to update the docket to show that Plaintiff's name is Kristin Phildius, not "K.P."

**ORDERED** in Fort Myers, Florida on May 22, 2024.

*[Signature]*
Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record